JOHN H. RANGER, Respondent, *v.* CHARLES E. LOCKE, Appellant, Impleaded with Others.

*Ranger* v. *Locke*, 158 App. Div. 932, affirmed.
(Submitted December 2, 1915; decided December 17, 1915.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered October 24, 1913, affirming a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term. Plaintiff and defendant Locke were makers of a note to the Mercantile Trust Company, on the discount of which Locke deposited certain pictures as collateral security. Thereafter the pictures were stored with the Lincoln Safe Deposit Company and a warehouse certificate issued to House, Grossman & Vorhaus, trustees. Locke having failed to pay part of his proportionate liability on the note, plaintiff paid the same and brings this action demanding judgment (1) to be subrogated to the rights of the Mercantile Trust Company as a lienor in respect to certain pictures belonging to Mr. Locke, to the extent of an alleged balance due by Mr. Locke to Mr. Ranger, and that a lien upon said pictures to the amount of that balance, $5,107.08, be decreed and adjudged; (2) that House, Grossman & Vorhaus assign and surrender to Mr. Ranger the warehouse receipts covering the pictures, and that the Lincoln Safe Deposit Company surrender the pictures to Mr. Ranger, and (3) that a sale of said pictures for the satisfaction of Mr. Ranger's alleged lien be had, and that same with all

disbursements, costs and expenses be paid from the proceeds of such sale, and any balance remaining be paid to Mr. Locke.

*Norbert Blank* for appellant.

*Henry. C. Burnstine* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: WILLARD BARTLETT, Ch. J., HISCOCK, COLLIN, CUDDEBACK, CARDOZO, SEABURY and POUND, JJ.